Dated: May 26, 2010 13:54:52

The following is ORDERED:

Niles Jackson
United States Bankruptcy Judge

---

**UNITED STATES DISTRICT BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: SHAUNA EIHLEEN SMITH, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ALLIED PHYSICIANS GROUP, INC., ) <br> D. JOE ROCKETT, ) <br> LINDSEY W. ANDREWS, ) <br> CLARK & ROCKETT, P.C., ) <br> ROCK PILE, L.L.C., ) <br> BRENT D. SIEMENS, and ) <br> BRENT D. SIEMENS, INC., ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SHAUNA EIHLEEN SMITH, ) <br> ) <br> Defendant. ) | Case No. 05-26930 NLJ <br><br> Adv. Proc. No. 10-01041 |

**ORDER DISMISSING DEFENDANT'S COUNTERCLAIM**

On April 29th, 2010, Allied Physicians Group, Inc., filed it's motion to dismiss (Doc #9)

Defendant, Shauna Eihleen Smith's counterclaim (Doc #8) against it for an alleged violation of

-1-

the automatic stay, 11 U.S.C. §362. Upon representation of counsel notice of said motion to dismiss was given pursuant to Local Rule 9007 by electronic filing to Mr. David A. Cheek, Jeff M. Love, Jerry J. Dunlap, II, and by first class mail to Shauna Eihleen Smith at her current address as shown by the pleadings herein. No response or objection to said motion has been filed by any party and therefore pursuant to Local Rule 9013(f) the request for relief may be deemed confessed and the relief granted ex parte.

Pursuant to the representation of the undersigned counsel, notice of this motion was proper, no response or objection has been filed, and the motion should be sustained and the counterclaim as filed by Shauna Eihleen Smith against Allied Physicians Group, Inc., should be dismissed.

**IT IS THEREFORE ORDERED** that the counterclaim as filed by Shauna Eihleen Smith against Allied Physicians Group, Inc., is hereby **DISMISSED.**

###

Approved for Entry:

/s/ James A. Slayton
JAMES A. SLAYTON, OBA #12168
James A. Slayton, P.C.
4808 Classen Blvd.
Oklahoma City, OK  73118
Telephone:  (405) 848-9898
Facsimile:   (405) 840-4808
slaytonlaw@aol.com
**Attorney for Allied Physicians Group, Inc.**